Max Casper and Isaac Cohen, Respondents, v. Harris Goldberg and Hyman Friedman, Appellants, Impleaded with Rachel Friedman, Defendant.— Judgment affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Frank Bruyette, Respondent, v. Nassau Electric Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Arthur Cohn, Respondent, v. Paul C. Koeber Company, Appellant.— Order modified by limiting the reference to issues of fact (see Code Civ. Proc. § 1013), and as thus modified affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Susan F. Colgate and Others, as Trustees, etc., of James B. Colgate, Deceased, and Others, Appellants, Respondents, v. The New York Central and Hudson River Railroad Company, Respondent, Appellant.— Judgment modified so far as to permit the defendant to enforce subdivision K of rule 14, on the ground that there is not sufficient evidence to show that said rule is not reasonably necessary to insure the safe management of the defendant's trains, and as thus modified the judgment is affirmed, without costs. Jenks, Gaynor, Rich and Miller, JJ., concurred; Hooker, J., voted to affirm without modification.

Charles J. Daly and Charles Sollen, Doing Business under the Name of Long Island Sod Company, Appellants, v. Stumpp & Walter Company, Respondent. — Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Harry L. Day, Plaintiff, Appellant, v. Nancy J. Day, Defendant, Appellant.— Order affirmed, without costs. No opinion. Woodward, Jenks, Rich and Miller, JJ., concurred; Hooker, J., voted to modify so as to make alimony payable from commencement of the action.

Mary Dearman, Respondent, v. Anna A. Frossard, Individually and as Sole Executrix, etc., of Sarah A. Dearman, Deceased, and Adèle E. Frossard, Appellants.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker and Miller, JJ., concurred; Hirschberg, P. J., not voting.

Caroline Dress, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Margaret Eckerson, Respondent, v. Thomas C. Platt, as President of the United States Express Company, Appellant.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Rich, JJ.

Fifth Avenue Library Society, Appellant, v. Emil Weil, Respondent.— Judgment of the Municipal Court affirmed by default, with costs. Present — Woodward, Jenks, Gaynor, Rich and Miller, JJ.

David Fischer, Appellant, v. Isaac Kramer and Others, Respondents.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Daniel Flynn, Respondent, v. The Brooklyn Heights Railroad Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opin-